FILED
CLERK, U.S. DISTRICT COURT

APR 1 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS BOJORQUEZ<br><br>    Defendant. | Case No. 8:18-CR-00006-1-cjc<br>             8:18-CR-00021-1-cjc<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

    A. (x) The defendant has not met his/her burden of establishing by clear and

1

convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on: Defendant's previous criminal history; prior failure to appear; prior probation violations; nature of the current allegations which reflects unwillingness to comply with the terms of his supervised release; as well as and pretrial services recommendation to detain.

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: 4/1/2022

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge